United States District Court
Southern District of Texas
**ENTERED**
August 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GULF SOUTH PIPELINE COMPANY, LP, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-205 |
| § § | |
| KENNETH EDWARD LAMB, *et al*, § § | |
| Defendants. § | |

## ORDER

The Court has considered the Motion for Service by Publication filed by Gulf South Pipeline Company, LP ("Gulf South") (Dkt. 8). The motion is filed pursuant to Rule 71.1(d)(3)(B) of the Federal Rules of Civil Procedure. Gulf South requests that it be allowed to serve notice of the action by publication on any unknown persons or entities that may have or claim an interest in the properties made the subject of this action.

The Court has reviewed the Motion and Exhibits thereto, and finds that Gulf South is entitled to serve notice on any Unknown Owners by publication pursuant to Fed. R. Civ. P. 71.1(d)(3)(B) and that the relief requested in this motion should be **GRANTED**.

The Clerk of the Court is **ORDERED** to issue the notice attached as Exhibit "B" to Gulf South's motion, and Gulf South is hereby authorized to publish the notice pursuant to said rule.

SIGNED at Galveston, Texas, this 23rd day of August, 2016.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge