IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GULF SOUTH PIPELINE COMPANY, LP, §§§§§§<br>Plaintiff, <br><br>v. <br><br>BR-TX-359.000: 123.343 ACRES, MORE OR LESS, in the ASA Mitchell League, Abstract Number 96, Brazoria County, Texas; KENNETH EDWARD LAMB; SARAH COLEMAN LAMB; And CAPITAL FARM CREDIT, FLCA; <br><br>BR-TX-360.000, 362,000: 55.0 ACRES, MORE OR LESS, in the ASA Mitchell League, Abstract Number 96, Brazoria County, Texas; MICHAEL DALE PENNEY and GLENN D. SALYER; <br><br>BR-TX: 361.00: 10.0 ACRES, MORE OR LESS, in the ASA Mitchell League, Abstract Number 96, Brazoria County, Texas; MICHAEL D. PENNEY; MARGARET RENEE PENNEY; TEXAS GULF BANK, N.A.; and FIRST STATE BANK; <br><br>BR-TX-439.000: 8.0 ACRES, MORE OR LESS, in the Stephen F. Austin League, Abstract Number 22 and the Thomas W. Grayson League, Abstract Number 196, Brazoria County, Texas; and TYRUS JEFFERS; <br><br>BR-TX-439.500: 21.82 ACRES, MORE OR LESS, in the Stephen F. Austin League, Abstract Number 22 and the | **CIVIL ACTION NO. 3:16-cv-00205** |

1

| | |
|---|---|
| Thomas W. Grayson League, Abstract Number 196, Brazoria County, Texas; CHARLES E. KOVAR; TONIA R. KOVAR; TEXAS DOW EMPLOYEES CREDIT UNION; and CAPITAL FARM CREDIT, FLCA, SUCCESSOR-IN-INTEREST TO FIRST AG CREDIT, FLCA; and<br><br>UNKNOWN OTHERS,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS MICHAEL D. PENNEY AND MARGARET RENEE PENNEY'S DISCLOSURE OF INTERESTED PARTIES

Defendants Michael D. Penney and Margaret Renee Penney hereby certify the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the litigation:

Michael D. Penney;

Margaret Renee Penney; and

CENLAR FSB (Central Loan Administration & Reporting).

Respectfully submitted,

**JOHNS MARRS ELLIS & HODGE LLP**


/s/ Justin Hodge
Justin Hodge ("Attorney-in-Charge")
Texas Bar No. 24036791
Southern District Id. No. 35824
jhodge@jmehlaw.com
Zev Kusin
Texas Bar No. 24070096
Southern District Id. No. 1636769
zkusin@jmehlaw.com
Kyle Baum
Texas Bar No. 24082664
Southern District Id. No. 1795732
kbaum@jmehlaw.com
500 Dallas Street, Suite 500
Houston, Texas 77002
Telephone: (713) 609-9503
Facsimile: (713) 583-5825

**ATTORNEYS FOR DEFENDANTS
MICHAEL D. PENNEY AND
MARGARET RENEE PENNEY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September 2016, a true and correct copy of the foregoing was sent to the following:

J. Robin Lindley                                                                                              *Via CM/ECF*
lindley@buckkeenan.com
Andrew C. Wright
wright@buckkeenan.com
**BUCK KEENAN LLP**
2229 San Felipe, Suite 1000
Houston, Texas 77019
Telephone: 713-225-4500
Facsimile: 713-225-3719
*Attorneys for Gulf South Pipeline Company, LP*

                                                                                  /s/ Justin Hodge                        
                                                                                  Justin Hodge