## HEARING MINUTES AND ORDER

Cause No. 3:16-CV-0205
Style: Gulf South Pipeline Company, LP v. Kenneth Lamb, et al.
Hearing Type: Continuation of Injunction Hearing

Appearances:

| **Counsel:** | **Representing:** |
|---|---|
| Andrew Wright, James Lindley | Plaintiff |
| Mike McMahon, Patrick Byrd | |
| | |
| Justin Hodge, Kyle Baum | Defendants Kenneth Lamb, Sarah Lamb, Tyrus Jeffers, Charles Kovar, Tonia Kovar, Margaret Penney, Michael Penney, Michael D. Penney, Glenn Salyer |

Date:   **11/15/2016**               Court Reporter: Kathleen Miller
Time:   5:30 p.m. - 5:45 p.m.        Relief Case Manager: Chris Krus

At the hearing, the following rulings were made

1. Parties announce agreement on the record.
2. Docket control order entered.

Signed in Houston, TX this 15th day of November, 2016.

*George C. Hanks*
George C. Hanks, Jr.
United States District Judge